**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00352-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN LEE ANTONE,

    Defendant.

## MINUTE ORDER[1]

    On **September 10, 2010**, at 9:30 a.m., the court shall conduct a hearing on defendant's **Unopposed Motion To Continue Trial and Extend Pretrial Motions Filing Deadline** [#18] filed August 10, 2010. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: August 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.