**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00352-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. KEVIN LEE ANTONE,

     Defendant.

---

## MINUTE ORDER[1]

---

     The matter is before the court on the **Notice of Disposition and Motion Requesting Change of Plea Hearing** [#20] filed September 7, 2010. The motion hearing set for September 10, 2010, at 9:30 a.m., and the Trial Preparation Conference set for 4:00 p.m. on this same day, are **VACATED**. On **September 10, 2010**, at 9:30 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing. Counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: September 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.