**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00352-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN LEE ANTONE,

    Defendant.

---

## MINUTE ORDER[1]

---

    A change of plea hearing has been set for September 17, 2010. In light of this setting the jury trial set to commence September 13, 2010, is **VACATED**.

    Dated: September 10, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.