**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00352-REB

UNITED STATES OF AMERICA,

         Plaintiff,

v.

1. KEVIN LEE ANTONE,

         Defendant.

_____

**MINUTE ORDER**[1]

_____

         At the oral request of the probation department, and there being no objection by
the defendant or the government, the court having spoken to both parties individually,
the sentencing hearing previously set for February 4, 2011, is **VACATED** and is
**CONTINUED** to **March 25, 2011**, at 1:30 p.m.  That, to the extent necessary, the United
States Marshal for the District of Colorado shall assist the court in securing the
defendant's appearance for this hearing.

         Dated:  December 10, 2010

_____

         [1]This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.