**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00352-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. KEVIN LEE ANTONE,

     Defendant.

---

**MINUTE ORDER**[1]

---

On February 16, 2011, counsel appeared in chambers to reset the Sentencing Hearing as to the defendant. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing Hearing is set for **April 15, 2011**, at 3:30 p.m., at which counsel and the defendant shall appear without further notice or order; and

2. That, to the extent necessary, the United States Marshal shall assist the court in securing the defendant's appearance for this hearing.

Dated: February 17, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.