**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00352-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. KEVIN LEE ANTONE,

      Defendant.

## MINUTE ORDER[1]

      On April 11, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

      **IT IS ORDERED** as follows:

      1. That on **June 23, 2011**, commencing at 2:30 p.m., the court shall conduct a sentencing hearing in this matter; and

      2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  April 11, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.